EXHIBIT 1

EXHIBIT 1

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

| Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services |

My Data Reports  Business Entity Search  Login (File Annual Lists)  Login (Data Reports)

# VEGAS MARKETING GROUP, LLC

Back to Search  New Search  Monitor  Printer Friendly  Reinstate  **to Calculate Reinstatement Fees**

## Business Entity Information

| | | | |
|---|---|---|---|
| **Status:** | Revoked | **File Date:** | 8/30/2002 |
| **Type:** | Domestic Limited-Liability Company | **Entity Number:** | LLC10646-2002 |
| **Qualifying State:** | NV | **List of Officers Due:** | 8/31/2004 |
| **Managed By:** | Managing Members | **Expiration Date:** | 12/31/2032 |
| **NV Business ID:** | NV20021108078 | **Business License Exp:** | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| **Name:** | JEFFREY WEGENER | **Address 1:** | 8960 WEST TROPICANA |
| **Address 2:** | SUITE 300 | **City:** | LAS VEGAS |
| **State:** | NV | **Zip Code:** | 89147 |
| **Phone:** | | **Fax:** | |
| **Mailing Address 1:** | | **Mailing Address 2:** | |
| **Mailing City:** | | **Mailing State:** | |
| **Mailing Zip Code:** | | | |

**Agent Type:** Noncommercial Registered Agent

View all business entities under this registered agent

## Financial Information

| | | |
|---|---|---|
| **No Par Share Count:** | 0 | **Capital Amount:** $ 0 |

No stock records found for this company

## Officers

☐ Include Inactive Officers

### Managing Member - JEFFREY H WEGENER

| | | | |
|---|---|---|---|
| **Address 1:** | 1712 PACIFIC PANORAMA | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89144 | **Country:** | |
| **Status:** | Active | **Email:** | |

### Managing Member - JEFFREY H WEGENER

| | | | |
|---|---|---|---|
| **Address 1:** | 1712 PACIFIC PANORAMA | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89144 | **Country:** | |
| **Status:** | Active | **Email:** | |

### Managing Member - WILLIAM D FOOTE IV

| | | | |
|---|---|---|---|
| **Address 1:** | 664 PEACHY CANYON #204 | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |

Case 2:10-cv-00600-GMN-RJJ   Document 1-1   Filed 04/27/10   Page 3 of 32

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=QegeesZ...

| Zip Code: **89144** | Country: |
| Status: **Active** | Email: |

**Actions\Amendments**

**Click here to view 3 actions\amendments associated with this company**

Important Notice: Entities with a January 2010 annual list due date whose lists were received by January 31, but have not yet been processed due to processing backlog, may show as in "Default" in the Business Entity Search until all January filings are processed. We expect completion of these filings by March 22nd.

Data in this system may be up to fifteen minutes behind actual filings in the Secretary of State's office. In order to optimize the business search experience for all our customers, the automated and/or systematic collection of data from this website is strictly prohibited.

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

EXHIBIT 2

EXHIBIT 2

# Tony Karpinski

Director of Operations at VegasTopDogs

Scranton, Pennsylvania Area

| | |
|---|---|
| **Current** | • Director of Operations at VegasTopDogs |
| **Past** | • Director of Odds at Pickspal |
| **Connections** | **52** connections |
| **Industry** | Gambling & Casinos |
| **Websites** | • My Website |

# Tony Karpinski's Experience

## Director of Operations

### VegasTopDogs

(Gambling & Casinos industry)

June 2008 — Present (1 year 11 months)

Director of Operations and Chief Sports Handicapper. Analyze operational processes to deliver improvements to all facets of the online payments and fraud protection. Assist with the support team in order to achieve essential routine analytical and product support, continuous improvement of processes and an excellent standard of customer experience when using the payments product.

•Developing, maintaining and optimizing detailed operations.

•Evaluating opportunities for new products and solutions for the Payments and Fraud related areas.
•Customer Experience Improvement— reviewing current processes, gathering and analyzing data to drive solutions to improve customer experience.
Weekly sports talk radio show appearances along with online sports predictions with detailed analysis of each game.

## Director of Odds

### Pickspal

(Privately Held; Internet industry)

June 2005 — May 2008 (3 years )

Directed the development and production of the PicksPal web site, which has grown from a start-up company to 820K users in 30 months, integrating programming, design, editorial cover stories, engineering, user interface, Podcasts, and promotional elements.

Served as managing Director of Odds for entire sports content of the PicksPal site including creation of odds and game props for all major college and pro sporting events and horse racing. Also directed and produced a daily online podcast, created a daily e-mail newsletter, and managing and maintained multiple Facebook applications.

Responsible for booking, guest appearing on over 50 weekly radio shows.
24/7 accountability for all of the PicksPal site maintenance and content including user feedback, troubleshooting, and customer support.

Using ideas and creating Facebook applications from scratch, to a template, then through the actual coding from
the developers, to bug testing and maintain.

## Additional Information

**Tony Karpinski's Websites:**

My Website

**Tony Karpinski's Groups:**

Online Gaming Investors & Gaming Professionals

Sports Betting Community

Interactive Sports Conference (ISC)

EXHIBIT 3

EXHIBIT 3

VegasTopDogs.com

- Home
- About

## Archives

- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009

## Meta

- Entries (RSS)
- Comments (RSS)
- WordPress
- Log in

## Categories

- Baseball News
- College Basketball
- College Football
- Daily Handicapper Update
- NBA Hoops
- NFL Football updates
- NHL Hockey
- Sports Handicapping Tips
- Uncategorized

## Links

- Documentation
- Development Blog
- Suggest Ideas
- Support Forum
- Plugins
- Themes
- WordPress Planet

## Recent Articles

- Jeff's 2010 PGA Tour Masters Predictions
- MLB 2010 Baseball preview
- Sportsbetting at the NJ Racetracks
- Jeff's MLB Opening Sunday Night Preview
- MLB Fantasy Baseball Preview
- TonyK MLB Success story
- Jeff's 2010 MLB Fearless Forecast
- Jeff's 2010 MLB Fantasy Preview (The Outfield)
- Jeff's 2010 MLB Fantasy Preview (Third Baseman)
- Jeff's 2010 MLB Fantasy Preview (Shortstops)

- ## Las Vegas and the Chinese New Year

LAS VEGAS, Nevada — At Bellagio and other Strip resorts, preparation for the potentially lucrative two-week Chinese New Year celebration is a yearlong event. "We might take a week off when it's all over," said Greg Shulman, vice president of international marketing for Bellagio. "But then we'll start prepping for next year all over again."

The team running the off-Strip Gold Coast understands that idea. With its proximity to Las Vegas' growing Chinatown district, the 711-room hotel-casino caters to a burgeoning Asian community 12 months a year. "This has really become a key market segment for us," said Gold Coast general manager Kerrie Burke. "Chinese New Year is an important event, but it's just a small part of what we do."

The Gold Coast is bringing out all the trappings for Year of the Tiger, which starts Sunday based on the lunar calendar. Decorations colored in red, gold and other vibrant hues; silk lanterns; and tangerine trees are prominently displayed inside the West Flamingo Road casino. Actors were scheduling performances of the traditional lion dance. Kao Ling Feng, known as "the Asian Elvis," is performing at the property on Feb. 28. Gina Farr, the Gold Coast's player development manager, said the casino has embraced the various Chinese New Year traditions and has reached into the neighboring Asian community to give customers an experience similar to what might be found on the Strip. "We have a diverse melting pot of customers," Farr said.

In Las Vegas, Chinese New Year tends to center on the Strip, where lavish parties, special restaurant menus and high-end baccarat tournaments cater to the big-spending international customers. The holiday has become a central focus for the casino industry, especially MGM Mirage, Las Vegas Sands Corp. and Wynn Resorts Ltd., which have invested heavily in casino operations in Macau. The companies use the Chinese gaming enclave as a marketing tool to entice big-spending customers to Las Vegas. Shulman said Asian casino patrons looking for just a short getaway will travel to Macau. Las Vegas attracts longer-staying guests. "It's a different type of trip-planning for our customers," Shulman said. "Our customers will come in for 10 or 12 days and travel with their families and large groups. So we try to plan out a variety of options for both the customers and their families."

Much of Bellagio's focus is on elaborate decorations offered inside the resort's prominent conservatory and botanical gardens. Aria, CityCenter's centerpiece hotel-casino, will host a 3,000-person VIP celebration for all of MGM Mirage's casinos customers. Las Vegas-area Chinese residents also celebrate the New Year in a similar fashion as the international

customers arriving on the Strip. Vida Chan Lin, a Las Vegas insurance executive and current president of the Asian Chamber of Commerce, said the tradition is an important holiday for families to get together to celebrate. And, yes, she said, gambling is part of that celebration because of a belief in luck. Lin said the Asian chamber hosts an annual New Year's celebration where it honors community leaders.

Alan Chen, whose father was the principal investor in the Las Vegas Chinatown Plaza, said the international visitors usually stick close to the Strip during Chinese New Year. As the local Asian community has grown, many of the celebrations have centered around Chinatown. The Gold Coast, which was opened by Michael Gaughan in 1986, has been able to gain access into the Asian market almost by circumstance. As the Chinatown district grew south, the casino was somewhat absorbed. Boyd Gaming Corp., which acquired the Gold Coast in 2003 when the company bought Coast Casinos, has long marketed to Hawaiian customers at its downtown resorts. Burke said tapping into the Asian market was a natural transition. "We created marketing programs and other promotions with that in mind," Burke said.

The casino has branched out into the Southern California Asian community, mainly in the Los Angeles area, to grow its Asian customer base. Burke said the Gold Coast strives for a year-round Chinese New Year celebration. Of the casino's 49 table games, 20 are devoted to Asian-style games, including baccarat, pai gow and Asia poker. Burke estimated that out of the 300-plus Gold Coast dealers, about 40 percent are Asian. The operators of the Ping Pang Pong restaurant opened an Asian-style noodle bar in the casino. Special menus have been arranged during Chinese New Year. Last year, a feng shui master advised the operator on moving a hand -carved Buddha statue to a more proper location. "It was important for us to do it correctly and with respect to tradition," Burke said.

Published on February 24, 2010 · Filed under: Sports Handicapping Tips;
No Comments

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Designed by 110Words InfoZoft

http://blog.vegastopdogs.com/?p=290

4/21/2010

VegasTopDogs.com » Blog Archive » Las Vegas and the Chinese New Year

Copyright © 2008 · VegasTopDogs.com

EXHIBIT 4

EXHIBIT 4

Sports Picks - Football and Basketball selections

Home / Articles / NCAA Tournament generates big business for Vegas

Contact Us 1-888-873-0073

## Newsletter

Sign Up To Receive
Complimentary Picks and
Analysis In Email Each and
Every Day!

First Name:

Last Name:

E-mail:

**VegasTopDogs News & Articles**

### NCAA Tournament generates big business for Vegas

By: Gregg Price   Date: Mar 17, 2009
Print Article   Send to a Friend   Bookmark Article

By MATT YOUMANS LAS VEGAS REVIEW-JOURNAL

A few minutes after the NCAA Tournament pairings were unveiled Sunday afternoon, Ken White started crunching numbers with his team of oddsmakers at Las Vegas Sports Consultants.

White was armed with power ratings and a mental scouting report on each of the 65 college basketball teams in the field. His job was to come up with the opening lines to most of Nevada's sports books. White, LVSC's chief operating officer, discussed the games with four oddsmakers and made 32 point spreads in "maybe a little over an hour." The numbers were ready by about 5 p.m.

It can be a high-pressure drill, but White said, "I love it. This is a fun time of year." It's also a busy time for oddsmakers and bettors. The NCAA Tournament is a source of big business for sports books, and it's a business that seems to be expanding.

"Every year, it gets more and more crazy," MGM Mirage sports book director Jay Rood said. The tournament's four No. 1 seeds are Louisville, North Carolina, Pittsburgh and Connecticut. "I've got to believe North Carolina is the favorite," White said.

Indeed, the Tar Heels were posted as the 4-1 favorite to win the title by the Las Vegas Hilton. The MGM Mirage went a different direction by making Pittsburgh the 7-2 favorite.

Louisville, which won the Big East Conference, rebounded after their biggest win of the season.

UNLV (21-10) was excluded from the NCAA Tournament for the first time in three years. The Rebels will play a National Invitation Tournament first-round game against Kentucky at 6:30 p.m. Tuesday at Lexington, Ky. But the big-time action begins later in the week. A total of 48 NCAA Tournament games will be played Thursday through Sunday, drawing crowds of fans for a Spring Break-like weekend in Las Vegas. In terms of economic impact, the tournament usually ranks a close second to the Super Bowl in Nevada. An estimated $80 million to $90 million could be wagered in the state on the three-week tournament.

When The Mirage sports book opens at 5:30 a.m. Thursday, it already will be buzzing.

"We'll have people camping out at 3:30 trying to stake their claim to a seat," Rood said. "Everybody is in line doing their handicapping and talking to each other and debating. It's kind of an interesting dynamic. I'm optimistic that we're going to have some good crowds. It's always an unbelievable amount of people."

### GREGG PRICE

Buy Now!

Buy Now!

**GREGG PRICE**

$$ The Pick is Right $$
Gregg Price was 27-2 over a Championship week and the first 2 rounds of the Tournament. His clients made a FORTUNE betting his games, just as they did during the entire NFL season. Well tonight Thursday he has a game so strong he is calling it his Tournament game of the year! He loves this game, just wait till you read the analysis on this game. He also had 2 other selections to bury your mini alive!

$$ Game of the Year! (Thurs Night) $$
Gregg Price is releasing his one and only tournament game of the year! Over the last 2 weeks Price is 22-7. His clients have made a fortune. His tournament game of the year is one you can UNLOAD on. Call the game right now, and wait till you read his write-up. Are you ready to cash in tonight?

Click here to view all of Gregg Price's premium picks.

Social Bookmarking

### VegasTopDogs Cappers

(Tony H) 32-Sports
Michael Alexander
Evan Alkenas
Nina Anthony
Jimmy Boyd
Matt Burns
Vincent Chen
Jenny Fisher
John Fisher
Joe Gaffney
Tony Gonzalez
Jorge Gonzalez
Willie Handzewik
Sean Higgs
Jeff Heckman
Frank Jordan
Steve Merril
JR O'Donnell
Rob Vinciletti
Fred Vinson
Bob Whispever

### VegasTopDogs Services

Capper Profiles
Top Capper
Craig Tripp
Rob Vinciletti
Fred Vinson
Bob Whispever

### VegasTopDogs Picks

Premium Picks
Subscriptions
Packages
Free Picks
Loyalty Program
Money Savers
Hottest Cappers

MEMBERS LOG IN

E-Mail Address

Password

Login

About Us
Recommended Links
Contact Us
Privacy Policy
Scores
Matchups

http://www.vegastopdogs.com/articles/NCAA-Tournament-generates-big-business-for-Ve...   3/25/2010




Sports Picks - Football and Basketball selections





Vegas Top Dogs. All Rights Reserved

Sports Picks - Football and Basketball selections

**ENJOY WAVES**

©Copyright 2010 Vegas Top Dogs. All rights reserved. No portion of Vegas Top Dogs may be duplicated, redistributed or manipulated in any form.

Page 4 of 4

EXHIBIT 5

EXHIBIT 5



**Newsletter**

Sign Up To Receive Complimentary Picks and Analysis Via Email Each and Every Day!

First Name:

Last Name:

E-mail:

[Submit]

**MEMBERS LOG IN**

E-Mail Address:

Password:

[Log In]

**VegasTopDogs Picks**
- Premium Picks
- Subscriptions
- Newsletter
- Free Picks
- Loyalty Program
- Hottest Cappers

**VegasTopDogs Cappers**
(Tony's) 3d-Sports
Nick Alexander
Evan Athanas
Milan Anthony
Jimmy Boyd
Ben Burns
Vincent Chan
Vinny City
John Fisher
Joe Gaffney
Tony George
Jorge Gonzalez
Mike Handzewik
Sam Harper
Jeff Hochman
Frank Jordan
Steve Merril
JR O'Donnell
Gregg Price
John Ryan
Doc Sports
Ricky Regal Sports
Tom Stryker
Craig Tripp
Rob Vinciletti
Bob Wingman

**VegasTopDogs Services**
- Profiles
- Articles
- About Us
- Recommended Links
- Contact Us
- Privacy Policy
- Sports
- Odds
- Matchups

*VegasTopDogs News & Articles*

**Steelers backers get screwed on Sunday**

Home / Articles / Steelers backers get screwed on Sunday

By: Gregg Price   Date: Nov 17, 2008
Print Article   Send to a friend   Bookmark Article

Copyright © Las Vegas Review-Journal

By MATT YOUMANS LAS VEGAS REVIEW-JOURNAL

After further review, NFL officials had some explaining to do about a mysterious ruling on an apparent touchdown scored by Troy Polamalu of the Pittsburgh Steelers.

There was controversy inside Las Vegas sports books Sunday, and the conclusion of the San Diego Chargers-Pittsburgh game was the issue.

"It was confusing for everyone," Wynn Las Vegas sports book director John Avello said.

In the end the Steelers won, 11-10. But the final score should have been 17-10 -- pending an extra-point kick that never happened -- 18-10. The result was significant because Pittsburgh was favored by 4 points.

The postgame explanation by game referee Scott Green, who admitted Polamalu's touchdown was erroneously taken away from the Steelers, is sure to anger some bettors and raise concerns about the integrity of NFL officiating.

"There was a lot of talk about it, and there were some upset people," Las Vegas Hilton sports book director Jay Kornegay said.

Mass confusion ruled after Polamalu, the Pittsburgh safety, returned a fumble for a touchdown that temporarily put Pittsburgh ahead 17-10. It was an illusion, though.

The replay booth reviewed the play while the Steelers lined up for the point-after kick. After the review, Green explained there was an illegal forward pass by Chargers running back LaDainian Tomlinson, the penalty was declined and the result was a touchdown.

But the official suddenly reversed the call, disallowed the touchdown and announced the game was over for an 11-10 Steelers victory.

"For a few minutes there, the Steelers bettors thought they had a miracle cover. That would have been one of the more amazing covers we've seen in a while," Kornegay said. "I had the NFL Network on and they were showing 17-10 as the final score.

"We waited a few extra minutes before we posted the game. We wanted to make sure we had the correct final score."

After getting confirmation from about five sources, Kornegay said, the final was posted as 11-10. That official result, in a way, turned into a miracle cover for those who bet on the Chargers. Replays clearly showed San Diego's Philip Rivers completed a pass to Tomlinson, who flipped a lateral to wide receiver Chris Chambers. The ball was pitched back and fumbled by Chambers, and Polamalu recovered at the 12-yard line and ran in for the touchdown.

Unfortunately, there was no recourse for bettors in either case.

"Once it's posted, it's over now," said Avello, adding that the books needed San Diego to cover. "It leaves a bad taste with bettors when they think they should have cashed a ticket."

GREGG PRICE
:: #1 The Price is Right $$
:: Gregg Price was 22-7 over Championship week and the first 2 rounds of the Tournament. His clients made a FORTUNE



betting his games, just as they did during the entire NFL season. Well tonight Thursday he has a game so strong he is calling it his Tournament game of the year! He loves this game, just wait til you read his analysis on this game. He also has 2 other selections to buy your man alive!

$\$$ Game of the Year! (Thurs Night) $\$$
Gregg Price is releasing his one and only tournament game of the year! Over the last 2 weeks Price is 22-7. His clients here and his is 6-1 on. His 10* release is 6-2, and after tonight he will be 7-2. This is the one game you can UNLOAD on. Get this game right now, and wait til you read his write-up. Are you ready to cash in tonight??

Click here to view all of Gregg Price's premium picks.

Social Bookmarking

Sports Picks - Football and Basketball selections



Vegas Top Dogs. All Rights Reserved

Sports Picks - Football and Basketball selections

**ENJOY WAVES**

©Copyright 2010 Vegas Top Dogs. All rights reserved. No portion of Vegas Top Dogs may be duplicated, redistributed or manipulated in any form.

http://www.vegastopdogs.com/articles/Steelers-backers-get-screwed-on-Sunday.cfm

3/25/2010

EXHIBIT 6

EXHIBIT 6



reviewjournal.com -- Search

http://nl.newsbank.com/nl-search/we/Archives?p_action=print

January 25, 2010
Copyright @ Las Vegas Review-Journal

# Wise wagerers quickly back Colts

Matt Youmans

**Betting against Peyton Manning** is rarely advised. It's not as dumb as staring into the summer sun, which is a no-win situation, but it does fall in the category of playing with fire.

Spot the opposing team a double-digit lead, dare **Manning** to rally and cover as a big favorite, and he puts up 24 unanswered points. If you're on the other side, he burns your bankroll and your eyeballs.

So it's no surprise the Indianapolis Colts are 4½-point favorites over the New Orleans Saints in the Super Bowl on Feb. 7 in Miami. Of the four teams playing Sunday, the Colts were easily the most impressive.

"After watching the games," said Jimmy Vaccaro, director of operations for Lucky's sports books, "I would suggest the Colts are the better team. The **Manning** kid is incredible."

**Manning** started slowly, picked up the pace and then completely picked apart the New York Jets' defense to lead the Colts to a 30-17 victory in the AFC Championship Game.

Before the first pass was thrown Sunday, the projected line at Lucky's for a Colts-Saints matchup was Indianapolis minus-3. By the end of the night, it was obvious that was not the right price.

The Saints were extremely lucky to dodge elimination in a 31-28 overtime victory over the Minnesota Vikings in the NFC championship.

"At the beginning of the day, I had a couple numbers in mind in terms of matchups," MGM Mirage sports book director Jay Rood said. "If the two teams played well and looked good, I was thinking Colts about minus-1½ over the Saints."

New Orleans did not look so good, so Rood opened the line 3½ and said bettors lined up "right away" to wager on Indianapolis. The high percentage of early Colts bets pushed the number to 4½, and it might creep up in the next two weeks.

The Saints, you get the sense, are just happy to be in their first Super Bowl. **Manning** already has been there, and he expects to win it again.

The NFL, Las Vegas sports books and the bettors all can agree on this: Indianapolis-New Orleans is about as good as it gets in terms of a Super Bowl matchup. Two great quarterbacks, **Manning** and Drew Brees, and two teams that at one point were a combined 27-0.

There should be offensive fireworks — the total is 56 — and proposition **betting** will turn the game into a wagering circus.

A record $94.5 million was wagered at Nevada sports books on the 2006 Super Bowl, but the state's handle has declined slightly each year since. Expect a spike in business for Super Bowl XLIV.

The impact of a sagging economy was more dramatic last year, when the state's handle of $81.5 million for the game was an 11.5 percent decrease from 2008.

"I hope we beat the record. I feel we're going to snap out of our little slump," Vaccaro said. "Even in bad times, I'm looking for the best (handle) we've had on the Super Bowl in the past four or five years."

Vikings quarterback Brett Favre was so close to earning an invitation to the party. Minnesota was

at the New Orleans 33-yard line — and within field-goal range for Ryan Longwell — with 19 seconds remaining in regulation before two inexcusable mistakes.

First, the Vikings drew a 5-yard penalty for having 12 men in the huddle. Next, Favre rolled to his right and, instead of running for a crucial 5 to 7 yards that appeared available, he threw late across the middle and was intercepted by the Saints' Tracy Porter.

"The two biggest gaffes of the year," Vaccaro said. "How do you get a penalty out of a timeout? Favre's pass across his body was ridiculous."

Vaccaro credited Favre, who passed for 310 yards and a touchdown, for being "pretty courageous" and playing through injuries. "I didn't think he was getting up a couple times," Vaccaro said.

Minnesota also was hurt by six fumbles (three lost) and a dubious pass-interference call in overtime.

Brees, who threw for three TDs, was good enough but not spectacular. New Orleans, favored by 3½, failed to cover.

**Manning** passed for 377 yards and three TDs to rally the Colts, who covered as 8½-point favorites after trailing 17-6.

"We took a ton of Colts money. We got hurt on that game, but not too bad," Rood said. "We had a lot of parlays going from the Colts to the Saints, so we avoided that bullet. We needed the Saints to win but not cover, so it was the ideal scenario for us."

The Jets had a great run, and coach Rex Ryan need not apologize for predicting a win. He got beat by the NFL's best quarterback.

This Super Bowl matchup is ideal. **Manning** is not the guaranteed winner, but if you bet **against** him, prepare to get burned.

Contact sports **betting** columnist Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

EXHIBIT 7

EXHIBIT 7

Type of Work:          Text

Registration Number / Date:
                       TX0007122476 / 2010-04-05

Application Title: Wise wagerers quickly back Colts.

Title:                 Wise wagerers quickly back Colts.

Appears in:            reviewjournal.com

Description:           Print material, 2 p.

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation: 2010

Date of Publication:
                       2010-01-25

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:                 Stephens Media LLC
                       Righthaven LLC

=================================================================================

EXHIBIT 8

EXHIBIT 8

Sports Picks - Football and Basketball selections



Home / Articles / Vegas ready for the SUPER BOWL

Contact Us 1-888-873-0073

# Newsletter

Sign Up To Receive
Complimentary Picks and
Analysis via Email Each and
Every Day!

First Name:

Last Name:

E-mail:

**VEGASTOPDOGS LOGIN**

E-Mail Address:

Password:

## VegasTopDogs PICKS

- Premium Picks
- Subscriptions
- Free Picks
- Loyalty Program
- Michael Chan
- Vincent Chan
- John Fisher
- Joe Gaffney
- Tony George

## VegasTopDogs COUPONS

[Tony's] 10 Sports
- Michael Alexander
- Evan Albemus
- Nate Anthony
- Jimmy Boyd
- Ben Burns
- Vincent Chan
- John Chan
- John Fisher
- Joe Gaffney
- Tony George
- Jonas Gonzalez
- Mike Hardeskik
- Sean Higgs
- Jeff Hochman
- Frank Jordan
- Steve Merril
- J.R. O'Donnell
- Gregg Price
- John Ryan
- Joe Sada
- Doc Spade
- Rocketman Sports
- Tony Thomas
- Craig Tripp
- Rob Vinchesi
- Friday Night
- Bob Whisper

## VegasTopDogs Services

- Capper Profiles
- About Us
- Recommended Links
- Privacy Policy
- Scores
- Odds
- Matchups

[Buy Now!]

VINCENT CHAN

SWEET 16 Thursday Throwdown Showdown
WIN with VTN tonight as his 14-years + of handicapping knowledge is on display Thursday evening as he releases his TOURNEY THROWDOWN SHOWDOWN, that owns some major lean and depth! So get in the winning tonight and earn your team!

## VegasTopDogs News & Articles
# Vegas ready for the SUPER BOWL

By: Vincent Chan   Date: Jan 26, 2010
Print Article   Send to a Friend   Bookmark Article

LAS VEGAS, Nevada -- Betting against Peyton Manning is rarely advised. It's not as dumb as staring into the summer sun, which is a no-win situation, but it does fall in the category of playing with fire.

Spot the opposing team a double-digit lead, dare Manning to rally and cover as a big favorite, and he puts up 24 unanswered points. If you're on the other side, he burns your bankroll and your eyeballs.

So it's no surprise the Indianapolis Colts are a 4 1/2-point favorite over the New Orleans Saints in the Super Bowl on Feb. 7 in Miami. Of the four teams playing on Sunday, the Colts were easily the most impressive. After watching the games," said Jimmy Vaccaro, director of operations for Lucky's sports books. "I would suggest the Colts are the better team. The Manning kid is incredible." Manning started slowly, picked up the pace and then completely picked apart the New York Jets' defense to lead the Colts to a 30-17 victory in the AFC Championship Game.

Before the first pass was thrown Sunday, the projected line at Lucky's for a Colts-Saints matchup was Indianapolis minus-3. By the end of the night, it was obvious that was not the right price. The Saints were extremely lucky to dodge elimination in a 31-28 overtime victory over the Minnesota Vikings in the NFC championship. "At the beginning of the day, I had a couple numbers in mind in terms of matchups," MGM Mirage sports book director Jay Rood said. "If the two teams played well and looked good, I was thinking Colts about -1 1/2 over the Saints."

New Orleans did not look so good, so Rood opened the line 3 1/2 and said bettors lined up "right away" to wager on Indianapolis. The high percentage of early Colts bets pushed the number to 4 1/2, and it might creep up in the next two weeks. The Saints, you get the sense, are just happy to be in their first Super Bowl. Manning already has been there, and he expects to win it again.

The NFL, Las Vegas sports books and the bettors all can agree on this: Indianapolis-New Orleans is about as good as it gets in terms of a Super Bowl matchup. Two great quarterbacks, Manning and Drew Brees, and two teams that at one point were a combined 27-0. There should be offensive fireworks -- the total is 56 -- and proposition betting will turn the game into a wagering circus.

A record $94.5 million was wagered at Nevada sports books on the 2006 Super Bowl, but the state's handle has declined slightly each year since. Expect a spike in business for Super Bowl XLIV.

The impact of a sagging economy was more dramatic last year, when the state's handle of $81.5 million for the game was an 11.5 percent decrease from 2008. "I hope we beat the record. I feel we're going to snap out of our little slump," Vaccaro said. "Even in bad times, I'm looking for the best (handle) we've had on the Super Bowl in the past four or five years." Vikings quarterback Brett Favre was so close to earning an invitation to the party. Minnesota was at the New Orleans 33-yard line -- and within field-goal range for Ryan Longwell -- with 19 seconds remaining in regulation before two inexcusable mistakes. First, the Vikings drew a 5-yard penalty for having 12 men in the huddle. Next, Favre rolled to his right and, instead of running for a crucial 5 to 7 yards that appeared available, he threw late across the middle and was intercepted by the Saints' Tracy Porter. "The two biggest gaffes of the year," Vaccaro said. "How do you get a penalty out of a timeout? Favre's pass across his body was ridiculous," Vaccaro credited Favre, who passed for 310 yards and a touchdown, for being "pretty courageous" and playing through injuries. "I don't think he was getting up a couple times," Vaccaro said.

Minnesota also was hurt by six fumbles (three lost) and a dubious pass-interference call in overtime. Brees, who threw for three TDs, was good enough but not spectacular. New Orleans, favored by 3 1/2, failed to cover. Manning passed for 377 yards and three TDs to make the Colts, who covered as 8 1/2-point favorites after trailing 17-6. "We took a ton of Colts money. We got hurt on that game, but not too bad," Rood said. "We had a lot of parlays going from the Colts to the Saints, so we avoided that buffet. We needed the Saints to win but not cover, so it was the ideal scenario for us. The Jets had a great run, and coach Rex Ryan need not apologize for predicting a win. He got beat by the NFL's best quarterback. The Super Bowl matchup is ideal. Manning is not the guaranteed winner, but if you bet against him, prepare to get burned.

http://www.vegastopdogs.com/articles/Vegas-ready-for-the-SUPER-BOWL.cfm







Click here to view all of Vincent Chan's premium picks.

Social Bookmarking

Sports Picks - Football and Basketball selections



Vegas Top Dogs, All Rights Reserved

Sports Picks - Football and Basketball selections

©Copyright 2010 Vegas Top Dogs. All rights reserved. No portion of Vegas Top Dogs may be duplicated, redistributed or manipulated in any form.



ENJOY WAVES

http://www.vegastopdogs.com/articles/Vegas-ready-for-the-SUPER-BOWL.cfm